Michael Elkin, Esq. (State Bar No. 286862)
Benjamin McLain, Esq. (State Bar No. 340091)
ELKIN GAMBOA, LLP
4119 W. Burbank Blvd., Suite 110
Burbank, CA 91505
Tel: (323) 372-1202
Fax: (323) 372-1216
Email: michael@elkingamboa.com
        ben@elkingamboa.com

Attorneys for Plaintiff
RENE SERRANO

Karin M. Cogbill (State Bar No. 244606)
Sean M. Bothamley (State Bar No. 300100)
JACKSON LEWIS P.C.
160 W. Santa Clara St., Ste. 400
San Jose, Ca 95113
Telephone:  (408) 579-0404
Facsimile:  (408) 454-0290
E-mail:  Karin.Cogbill@jacksonlewis.com
         Sean.Bothamley@jacksonlewis.com

Attorneys for Defendant
OLDCASTLE INFRASTRUCTURE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RENE SERRANO, an individual, and on behalf of all others similarly situated, | Case No. 2:24-cv-03466-DJC-SCR |
|---|---|
| Plaintiff, | **CLASS ACTION** |
| v. | **ORDER GRANTING JOINT STIPULATION REQUESTING A STAY OF LITIGATION AND FURTHER EXTENSION PENDING SETTLEMENT** |
| OLDCASTLE INFRASTRUCTURE, INC.; and DOES 1 through 100, inclusive, | |
| Defendants. | State Court Case No.: STK-CV-UOE-2024-15058 |
| | Complaint Filed:    11/01/2024 |
| | Removal Filed:      12/12/2024 |
| | Trial Date:         None Set |

## ORDER

Based on the Parties' Joint Stipulation Requesting a Stay of Litigation and Further Extension Pending Settlement, the Court hereby adopts the terms of the Parties' Joint Stipulation. The Court having reviewed that stipulation and good cause appearing, orders as follows:

Within sixty (60) days, the Parties shall file dispositional documents in accordance with the provisions of E.D. Cal. L.R. 160, or provide a joint status report to this Court as to the status and relevant dates for the parties' Motion for Preliminary Approval in the *Delgado* Class and PAGA Action and an estimated timeline for filing dispositional documents.

**IT IS SO ORDERED.**

Dated:  January 29, 2026                        /s/ Daniel J. Calabretta
                                                THE HONORABLE DANIEL J. CALABRETTA
                                                UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION REQUESTING A STAY OF LITIGATION AND FURTHER
EXTENSION PENDING SETTLEMENT                          Case No. 2:24-cv-03466-DC-SCR